## STATE v. FAIRCHILD.

(Opinion filed, Aug. 26, 1908.)

Appeal from Circuit Court, Grant County. Hon. J. H. McCoy, Judge.

C. D. Fairchild was convicted of crime, and he appeals. Affirmed.

*Howard Babcock, A. W. Campbell,* and *Thad J. Fuller,* for appellant. *S. W. Clark, Atty. Gen., C. D. Sterling, Asst. Atty. Gen.,* and *L. H. Bentley, State's Atty.,* for the State.

HANEY, P. J. The questions presented by this appeal are the same as those in the case of State v. Schell, 22 S. D. 340, 117 N. W. 505. For the reason stated therein, the judgment of the circuit court is affirmed.

FULLER, J., taking no part in the decision.